UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| Vincent Bowers, | Civil Action No.: 12cv0698 (WMS) |
| Plaintiff, | |
| v. | |
| Webcollex, LLC, d/b/a CKS Financial, | |
| Defendant. | |

_____

## **NOTICE OF DISMISSAL**

PLEASE TAKE NOTICE that plaintiff, Vincent Bowers, pursuant to Rule 41(a)(1) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

/s/ Cyrus B. Chubineh
Cyrus B. Chubineh, Esq.
Attorney for Plaintiff
Law Office of Cyrus B. Chubineh
P.O. Box 714
Getzville, NY 14068
chubineh@yahoo.com
Tel: 716-864-0715

1